GEORGE W. BENJAMIN, Plaintiff, *v.* MARGARET BENJAMIN, Appellant.

FLORENCE BENJAMIN, as Administratrix of the Estate of GEORGE W. BENJAMIN, Deceased, Respondent.

Submitted January 6, 1947; decided January 16, 1947.

*Sidney J. Ungar* for motion.
*A. C. Stuart Williams* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.